PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

Name of Individual Under Supervision: Ricardo Arcanjo Ramos     Cr.: 21-00259-001
PACTS #: 7344721

Name of Judicial Officer:     THE HONORABLE HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF MISSISSIPPI
(Jurisdiction transferred to the Hon. Anne E. Thompson on March 29, 2021)

Date of Original Sentence: 12/03/2018

Original Offense:    Count Two: Possession of Fifteen or More Counterfeit Devices with Intent to Defraud, 18 U.S.C. § 1029(a)(3)
Count Four: Aggravated Identity Theft, 18 U.S.C. § 1028A

Original Sentence: 13 months imprisonment as to Count Two, 24 months imprisonment as to Count Four (to be served consecutively, for a total of 37 months), 3 years supervised release as to Count Two, 1 year supervised release as to Count Four (to be served concurrently)

Special Conditions: Restitution - $25,087.50, No New Debt/Credit, Financial Disclosure, Comply with ICE Instructions

Type of Supervision: Supervised Release     Date Supervision Commenced: 12/03/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to Satisfy Financial Obligation |

U.S. Probation Officer Action:
Since the commencement of supervision, Mr. Ramos has paid a total of $725 towards his restitution. He is compliant with the court-ordered monthly payment schedule of $25. Mr. Ramos's term of supervision is due to expire on December 2, 2023, with an outstanding balance of $24,362.50. The Financial Litigation Unit of the United States Attorney's Office in the District of New Jersey was notified of the expiration of supervision. They have a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP).

The Probation Office respectfully recommends the supervision term be permitted to expire as scheduled since the restitution order remains as a final judgment, pursuant to Title 18, U.S.C. Sections 3554 & 3613.

Prob 12A – page 2
Ricardo Arcanjo Ramos

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ANTHONY M. STEVENS
Supervising U.S. Probation Officer

/ kni

PREPARED BY:

_____   11/14/23
KELSEY N. IMMENDORF                Date
U.S. Probation Technician

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☑ Allow Supervision to Expire as Scheduled on December 2, 2023 (as recommended by the U.S. Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

November 14, 2023
Date